IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| LORRIE J. BECK,<br><br>          Plaintiff,<br><br>     v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner, Social Security,<br><br>          Defendant. | Civ. No. 06-154-CO<br><br>**ORDER** |

**PANNER, District Judge:**

    Magistrate Judge John P. Cooney filed Findings and Recommendation, and the matter is now before this court. See 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b). When either party objects to any portion of a Magistrate Judge's Findings and Recommendation, the district court must make a de novo determination of that portion of the Magistrate Judge's report. 28 U.S.C. § 636(b)(1)(C); McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc., 656 F. 2d 1309, 1313 (9th Cir. 1981).

    Here, plaintiff objects to the Findings and Recommendation.

1 - ORDER

I have, therefore, given this matter de novo review. I find no error. Accordingly, I ADOPT the Findings and Recommendation of Magistrate Judge Cooney.

## CONCLUSION

Magistrate Judge Cooney's Findings and Recommendation (#18) is adopted. The Commissioner's decision is affirmed.

IT IS SO ORDERED.

DATED this 22 day of March, 2007.

*[signature]*

OWEN M. PANNER
U.S. DISTRICT COURT JUDGE